[No. 14227-5-I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Appellant, v.* TIMOTHY PATRICK EMBLY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-00039-9, Paul D. Hansen, J., entered December 20, 1983. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 14809-5-I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* CHARLES ANDRE POWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-03494-1, Maurice Epstein, J. Pro Tem., entered March 16, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Ringold, JJ.

[Nos. 12639-3-I; 13274-1-I. Division One. July 8, 1985.]

ROGER W. KROHN, ET AL, *Appellants, v.* RONALD W. HOWARD, ET AL, *Respondents.*

ROGER W. KROHN, ET AL, *Appellants, v.* JOHN O. LINDE, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for San Juan County, No. 3647, Howard A. Patrick and Richard L. Pitt, JJ., entered December 7, 1982 and May 2, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, J., and Petrie, J. Pro Tem.